[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10508

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

EDWIN DURLANDY MONTILLA-GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:20-cr-00129-RSB-CLR-3

_____

2                              Opinion of the Court                         24-10508

Before ROSENBAUM, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

Robert Mock, Jr., appointed counsel for Edwin Montilla-Gonzalez in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Montilla-Gonzalez's conviction and sentence are **AFFIRMED**.